# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SASHADA MAKTHEPHARAK,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LAURA KELLY, et al.,<br><br>Defendants-Appellees. | Case No. 25-3096<br><br>On Appeal from the<br>United States District Court<br>for the District of Kansas<br>(2:23-cv-02121-DDC) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF-APPELLANT TO FILE OPENING BRIEF AND APPENDIX

Plaintiff-Appellant Sashada Makthepharak, by and through his attorney, Christine A. Monta, respectfully requests a 30-day extension of time, up to and including September 3, 2025, to file his opening brief and appendix. In support of this motion, Appellant states as follows:

1. This is an appeal from the U.S. District Court for the District of Kansas, No. 2:23-cv-02121.

2. Plaintiff-Appellant's opening brief and appendix are currently due on or before August 4, 2025.

3. A 30-day extension is necessary for several reasons. First, undersigned counsel did not represent Appellant at the trial stage and recently joined the case as lead counsel for the appeal. As such, undersigned counsel has required additional time to familiarize herself with the extensive summary judgment record and complicated legal issues in the case, which concern the applicability of *Graham v. Florida*, 560 U.S. 48 (2010), to state parole procedures, a question of first impression in this Circuit.

4. Additionally, the briefing schedule, which was issued on June 23, 2025, coincided with several pre-existing responsibilities on undersigned counsel's calendar, including a family vacation from June 23-27, 2025, and travel for oral argument in the Eleventh Circuit in *McGuire-Mollica v. Griffin*, No. 24-11081, on July 24, 2025.

5. This is Appellant's first motion for an extension of time in which to file his opening brief and appendix.

6. Appellant does not bring this motion for purposes of delay and is working in good faith and as diligently as possible to complete this matter.

7.  Counsel for Defendants-Appellees has stated they are not opposed to the requested extension.

WHEREFORE, Appellant respectfully requests a 30-day extension of time, up to and including September 3, 2025, to file his opening brief and appendix.

Dated: July 23, 2025    Respectfully submitted,

/s/ *Christine A. Monta*
Christine A. Monta
RODERICK & SOLANGE
 MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
(202) 869-3308
christine.monta@macarthurjustice.org

*Attorney for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 289 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Century Schoolbook 14-point font.

*/s/ Christine A. Monta*
Christine A. Monta

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Christine A. Monta*
Christine A. Monta