# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| SASHADA MAKTHEPHARAK,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LAURA KELLY, et al.,<br><br>Defendants-Appellees. | Case No. 25-3096<br><br>On Appeal from the<br>United States District Court<br>for the District of Kansas<br>(2:23-cv-02121-DDC) |

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Plaintiff-Appellant Sashada Makthepharak, by and through undersigned counsel, hereby moves for leave to voluntarily dismiss this appeal. In support of this motion, Plaintiff-Appellant states as follows:

1. Pursuant to this Court's order filed September 24, 2025, Plaintiff-Appellant's opening brief and appendix are due October 31, 2025.

2. Plaintiff-Appellant has informed undersigned counsel that he no longer wishes to pursue this appeal and would like to voluntarily dismiss it.

3. Defendants-Appellees do not oppose this motion.

4. The parties have agreed to bear their own costs for this appeal.

WHEREFORE, Plaintiff-Appellant respectfully requests leave to voluntarily dismiss this appeal under Fed. R. App. P. 42(b)(2).

Dated: October 22, 2025     Respectfully submitted,

*/s/ Christine A. Monta*
Christine A. Monta
Warrington Sebree
RODERICK & SOLANGE
 MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
(202) 869-3308
christine.monta@macarthurjustice.org

Jonathan Sternberg
Jonathan Sternberg, Attorney, P.C.
2323 Grand Boulevard #1100
Kansas City, Missouri 64108
(816) 292-7020
jonathan@sternberg-law.com

*Attorneys for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 124 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word for Office 365 and Century Schoolbook 14-point font.

/s/ *Christine A. Monta*
Christine A. Monta

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Christine A. Monta
Christine A. Monta