UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

October 22, 2025

Mr. Dwight Carswell  
Office of the Attorney General for the State of Kansas  
120 SW 10th Avenue, 2nd Floor  
Topeka, KS 66612

Mr. Bryan W. Cox  
Jonathan Sternberg, Attorney  
2323 Grand Boulevard, Suite 1100  
Kansas City, MO 64108-2607

Ms. Christine A. Monta  
Roderick & Solange MacArthur Justice Center  
501 H Street NE, Suite 275  
Washington, DC 20002

Ms. Skyler O'Hara  
United States District Court for the District of Kansas  
Office of the Clerk  
500 State Avenue  
Robert J. Dole U.S. Courthouse  
Room 259  
Kansas City, KS 66101-0000

Mr. Warrington Sebree  
Roderick & Solange MacArthur Justice Center  
501 H Street NE, Suite 275  
Washington, DC 20002

Mr. Jonathan Sternberg  
Jonathan Sternberg, Attorney  
2323 Grand Boulevard, Suite 1100  
Kansas City, MO 64108-2607

**RE:** **25-3096, Makthepharak v. Kelly, et al**  
Dist/Ag docket: 2:23-CV-02121-DDC

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


CMW/art